The main opinion correctly states that "`the [Workers' Compensation] Act is the exclusive remedy when an employee is injured in an accident proximately resulting from, and that occurred while the employee was engaged in, the actual performance of the duties of his or her employment.'"908 So.2d at 935, quoting Ex parte Shelby County Health Care Authority,850 So.2d 332, 338 (Ala. 2002). After reviewing the evidence in this case, I believe that a question of fact exists as to whether the shooting of Christopher Lawrence by Roderick Seals "proximately resulted" from "the actual performance of the duties of" Lawrence's employment. The main opinion notes that the "circumstances surrounding the decedent's death are somewhat uncertain" and that Lawrence may have been shot because he grabbed Seals. 908 So.2d at 934.
Because all of the elements necessary to make the Act the exclusive remedy for the employee or the employee's successor in interest have not been met in this case, I must respectfully dissent from the main opinion.